In the Matter of Leon Weinberg, Respondent. William F. Canough, as Commissioner of Assessment of City of Syracuse, Appellant. (Review of 1940 Assessment of 156 James Street, Syracuse.)

Present —
Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.